**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 92-cr-00245-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GEORGE ERMAN DAGO,

    Defendant.

**MINUTE ORDER**[1]

On or before **October 29, 2010**, the government and the U.S. Probation Department for the District of Colorado shall file a response to defendant's **Motion For Restitution Hearing** [#190] filed July 27, 2010.

    Dated: October 5, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.