IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 92-cr-00245-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GEORGE ERMAN DAGO,

    Defendant.

## ORDER RE: MOTION FOR RESTITUTION HEARING

**Blackburn, J.**

The matter before me is defendant's **Motion For Restitution Hearing** [#190] filed July 27, 2010. After considering carefully the motion and response of the government, I deny the motion as moot insofar as it requests an accounting, because in its response the government provides the accounting requested by the defendant, and I deny the motion insofar as it requests a reduction in fines, because I lack jurisdiction to entertain and/or grant such a sentence reduction.[1]

**THEREFORE, IT IS ORDERED** that defendant's **Motion For Restitution Hearing** [#190] filed July 27, 2010, is **DENIED** as moot insofar as it requests an accounting and is **DENIED** otherwise.

Dated November 1, 2010, at Denver, Colorado.

                                                    BY THE COURT:

                                                    Robert E. Blackburn
                                                    United States District Judge

---

[1] I approve, adopt, and incorporate the reasons stated, arguments advanced, and authorities cited by the government in **United States' Response to Defendant's Motion for Restitution Hearing** [#195] filed October 26, 2010.