AO 247 (Rev. D/CO 03/15)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582 (c) (2)

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| GEORGE ERMAN DAGO ) | |
| a/k/a George Battaglia ) | Case No:   92-cr-245-REB-01 |
| a/k/a Paul Vigil ) | |
| a/k/a Robert Duran ) | USM No:   23948-013 |
| Date of Previous Judgment:  October 31, 1994  ) | Virginia L. Grady, Federal Public Defender |
| *(Use Date of Last Amended Judgment if Applicable)* | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  **X** the defendant  ❒ the Director of the Bureau of Prisons  ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at U.S.S.G. § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

❒ DENIED.   **X** GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of:  three hundred sixty (360) months **is reduced to** two hundred ninety-two (292) months; two hundred ninety-two (292) months on Counts Twenty-Two and Eighty-One to be served concurrently to each other; two hundred forty (240) months on Counts Three, Four, Five, Six, Nine, Eleven, Eighteen, Thirty-Three, Thirty-Seven, Forty-Four, Seventy-Five and Seventy-Six to run concurrently to each other as well as to the term imposed on Counts Twenty-Two and Eighty-One; sixty (60) months on Counts Twelve, Twenty, Thirty-Five and Sixty-Two to run concurrently with each other and with all other counts.

**I. COURT DETERMINATION OF GUIDELINE RANGE** *(Prior to Any Departures)*

| | | | |
|---|---|---|---|
| Previous Offense Level: | 40 | Amended Offense Level: | 38 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 360 months to LIFE | Amended Guideline Range: | 292 to 365 months |
| Previous Guideline Term: | 360 months | Amended Guideline Term: | 292 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

**X** The reduced sentence is within the amended guideline range.

❒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

❒ Other *(explain)*:

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated   October 31, 1994  , shall remain in effect.

**IT IS SO ORDERED**.

Order Date: _____

*Judge's signature*

Effective Date:  November 1, 2015                         Robert E. Blackburn, United States District Judge
*(if different from order date)*                                  *Printed name and title*